UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.N.D. BY AND THROUGH HER GUARDIAN AD LITEM, FELICIA LECH,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 12-224 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: July 27, 2012

                                                   /s/
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE