UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.N.D. BY AND THROUGH HER GUARDIAN AD LITEM, FELICIA LECH, | Case No. EDCV 12-224 JC |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  July 27, 2012

_____
/s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE